

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00076-CR

_____

ALONZO GUERRERO AKA ALONZO GUERRERO, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 18F0244-102

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

The reporter's record in this appeal was filed August 13, 2018, and the clerk's record was filed August 15, 2018, making the appellant's brief originally due September 14, 2018. This Court extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of November 12, 2018. We informed counsel when we granted the last extension request that further requests for extension of time would not be granted absent extraordinary circumstances. Counsel has filed a third motion seeking an additional fourteen-day extension of the briefing deadline.

We have reviewed the case file and appellate record, as well as counsel's most recent motion to extend time, and find no extraordinary circumstances that would warrant an additional fourteen-day extension of the filing deadline. Consequently, counsel's third motion to extend the time to file the appellate brief in this matter is denied.

We hereby order counsel to file the appellate brief in this matter with this Court on or before November 26, 2018. This gives counsel the full fourteen days he sought in his motion to complete the brief, which we are certain will be adequate.

IT IS SO ORDERED.

BY THE COURT

Date: November 20, 2018